COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| Clinical Pathology Laboratories Inc., | § | No. 08-19-00067-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| Juan Polo, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCV2966) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **September 17, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John P. Mobbs, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before September 17, 2019.

IT IS SO ORDERED this 15th day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.